Mr. Keller whenever you're ready Thank You your honor may it please the court Scott Keller for the appellants This case now presents a straightforward First Amendment violation Maryland's pass-through provision prohibits digital advertising companies from communicating truthful information about lawful prices to their customers in one specific way Through a separate fee surcharge or line item on invoices that identifies the tax and the district court correctly recognized This law restricts speech But the court erred in its facial challenge analysis in ways that the state does not defend here on appeal specifically the district court Conflated the pass-through provision with Maryland's general authority to levy taxes Which is not challenged here and the district court improperly examined circumstances where this challenge provision doesn't apply at all Now Maryland does not prohibit companies from raising prices to recoup the tax It only censors how they may communicate about those lawful price increases and the Sixth Circuit in Bell South struck down a nearly identical provision recognizing Taxpayers have a First Amendment right to inform customers about government imposed cost we submit this as political speech But we win even if the commercial speech doctrine applies because Maryland has never articulated a substantial interest served by its speech band much less shown narrow tailoring so the court should therefore reverse the district court and Hold that Maryland's pass-through provision Facially violates the First Amendment We think it's political speech But just as the Sixth Circuit said you don't have to resolve that because I do think we win under the commercial speech doctrine But I do think at this point who bears political responsibility For a price increase is core political speech to quote the Sixth Circuit, so I do think strict scrutiny should apply But again, we don't think that you necessarily need to reach that question because we went under the commercial speech doctrine anyway Can you help me a little bit sort of understand why And sort of accept as a premise that I think the district court got this all wrong but Why we understand free fee surcharge or line item To refer to something that's put on the bill right as opposed to sort of some internal accounting Metric right when I do the interpretive move like help me understand Why those are things should be understood as things on the bill as opposed to? Include things which are in internal accounting metrics sure a couple responses to the plain text I think the word directly matters, and I also think the context of what a fee or a surcharge means and reading these terms as They are grouped together in the statute matters. No one would really think of a surcharge for instance as an internal accounting measure You know I'd say the same as a fee and I get maybe line item in a different statute in a different context not read in Context with fee surcharge or line item could be that way, but also. I don't think anyone would really say that directly Passing on the cost of the tax is just not telling the customer about it and only having internal accounting of it I think that's why you know why I I mean you probably have arguments on the I'm not sure that's at all true I mean, I'd say directly passing us. Here's what you're not allowed to do right. You're not allowed to say this tax is gonna cost us Five dollars, I mean actually you could probably do something even more sophisticated now You could actually calculate what it's gonna cost you on a customer by customer basis and just say well They've imposed this new tax on us What we're gonna do is we're gonna increase everyone's bill by the marginal amount that the tax like everyone's bill goes up And it goes up based on our best estimate of how much more expensive they now are because of this tax I think that would be directly passing on don't you think? Even if you don't tell them like I just raise everyone's price based on my assessment of how much The cost of providing the service to this person has been increased by the existence of the tax I think that probably direct well and judge heights I think I'm not sure that that's the case under this particular statute because this statute Says you may not directly pass on the cost of the tax by means of oh No, I was simply reacting to your claiming that the word direct does very much I think you have a very good argument on the words at the end which because The counter argument to the argument I just made is then I don't know what the words at the end of the statute do If that's all if what I said is what it means then I don't know what the last clause it would be surplus age Yes, you know so we could come up with what a platonic form of directly passing on the tax is or line item But I think the way that the legislature used the terms in this statute is pretty clear and the state agrees We agree that this is all about Speech now I take the state's argument to be it's unprotected speech because it's somehow integral to unlawful conduct This argument circular just as the Sixth Circuit pointed out this this chases the state's tail They're defining the very speech to be exactly what is unlawful now look if the state had passed a true price control statute and That may have taken off the table the arguments that we're making here about that This is all about expression about lawful prices But when they enacted this particular text saying you cannot pass on the cost of the tax by means of a separate fee surcharge or line item we've now crossed into what the Supreme Court and expression said is Protected by the First Amendment because this is all about speech. This isn't a price control statute if I can turn to the argument That this is somehow Limited to misleading speech or furthers a government interest in Only about misleading speech this statute is not tailored at all towards that I don't take the state I'm happy to hear from you on this, but If if we agree with you That the the district court Mucked this up. Do you think we should do that balancing? As an initial matter ourselves, right? I mean that the balancing that you're sort of describing I totally get but the district court didn't seem to do and the Parties don't seem to really flesh that out. Is that something that we should do as an initial matter here? I think you absolutely can because this statute fails yet. You can what I'm asking is And I think you should for a few different reasons first of all This is obviously the second time that this appeals been to this court And I think the parties and the district court need guidance on the First Amendment issue When you look at the statute of this when you look at the text of this statute This is a speech restriction and then you ask yourself, you know, even under the commercial speech doctrine Is this narrowly tailored to further any sufficient governmental interest and it's not and the state has not in their briefs They have not even tried to identify Some interest or a narrowly tailored way of furthering that interest to survive scrutiny their argument here is this is just unprotected because it's Integral to unlawful conduct as I mentioned before that's circular and the court should reject that argument at that point This is facially invalid in all circumstances. There is no way to apply this statute, which is not narrowly tailored In a constitutional manner if the state would try to pass some other different statute like a price control statute again That could be a very different situation so in terms of the what we should do you heard what I said during the previous argument and this is the second of two cases where I would say this I Felt like we sent this case back down with instructions to do something and once again that thing wasn't done because I thought like I Know you've got your examples in the brief that are like these are examples of things that would violate the statute but I thought one of the things that came up during the previous argument was Sure but in order to do the balancing that judge Richardson is talking about like I Need to have a sense of the universe of cases where this would or wouldn't apply Dear district court dear parties Please provide us a record about those situations and yet I find myself once again Facing a case in which the record was not developed at all Well judge Heiden's what I can tell you is In looking at what the scope is of this statute and the district courts errors of looking at The tax we're not challenging in this First Amendment case the tax We're challenging this speech restriction and the district court also looked at unregulated circumstances and the state Does not defend the district courts errors on the facial challenge analysis And so at this point, I think everyone is in agreement that what this statute covers is speech If what the statute covers is speech and it fails even commercial speech doctor Just to go through that in if we if we agree with your interpretation of the statute It doesn't just regulate speech it regulates literally nothing but speech, right? There's no non-speech applications of this statute because every application of this statute regulates speech That's correct that this is a speech restriction and it's not narrowly tailored and as soon as it's found not to be narrowly tailored Even under the commercial speech doctrine it is unlawful in all applications And so because of that I don't believe that there's anything Additional that the court would need to know to be able to perform that analysis You know to contrast this with Moody and by the way, the district courts facial challenge errors here I think have really nothing to do with the unique First Amendment standard or even Moody. You'd have to properly identify the circumstances that a statute apply to even under the traditional no set of circumstances test for instance an Unregulated circumstance where the act just doesn't have any application. You wouldn't look at that even under a traditional facial challenge But this is all to say that the court has before what it needs to review is This law facially invalid it is it is 100% a speech restriction. It is not narrowly tailored It is therefore unlawful in all applications. Can you just walk me through that? What what do you take? the the government interest to be Right, what what is the asserted government interest like just walk me through how you would consider the sort of covariance of this of you know Scrutiny as an initial matter because we don't have anything from below right but walk me through what you would say What is what is the government interest? What I can say I can point to their brief at page 14 Which is saying that there would be some purported interest in prohibiting this is quoting the brief prohibiting the taxpayer from structuring the transactions So the consumer is responsible for the tax now Obvious response to that is this law is not regulating prices We can Members can raise prices Members can raise prices to recoup the amount of the tax Members can raise prices to recoup the amount of tax and they can tell customers they're doing it in certain ways It's just they're prohibited from doing it through a fee surcharge or line item and so this provision isn't even furthering that asserted interest in about how a Transaction would be structured as the Sixth Circuit said that this is not Something that is trying to get it an illicit transaction. This is all about speech So just on the regulating other way, so what I'm gonna ask your front of the other side the same question Do you understand this statute to prohibit the following? So when I get my assuming still getting a physical bill, but when I get my physical bill There's like a little piece of there's the bill and then there's like a little blue piece of paper and that little blue piece Of paper says you may notice that our prices have increased by 10% That's because the Maryland the state of Maryland is opposed to 10% digital agile ad tax on our business Do you think they could do that? If it is a separate narrative say as an insert Yeah, it's an insert like you may dear cluster you you may have noticed that your bill is higher You may have questions. You may be angry about that The reason we've done this is because Maryland is imposed a tax. I Don't think that's covered by the act I think we believe you think you would be allowed to do that under this act I think we would be allowed to do that because it's a separate narrative statement But I would also say that's an unregulated Circumstance and it wouldn't even factor into what's the coverage of the statute for purposes of the facial analysis You were saying the fit of like like The fact that you don't write this is sort of the Sixth Circuit says in Bell South like if you've let someone do that It's not clear what we're doing here And we completely agree judge heightens the fact that you can't say it in the most direct way where you have the attention of the Customer that would make the most clear sense I think that just shows that this is not Sufficiently tailored to whatever interest that the state may try to be advancing at this phase in the litigation Unless the court has any other questions, I would reserve five minutes of rebuttal time. Thank you, sir. Thank you your honors Happy to hear from you counsel Thank you, your honors may it please the court the pass-through provision of the digital ad tax is not an unconstitutional Restriction on speech in violation of the First Amendment Instead it regulates speech only to the extent that that speech is integral to unlawful conduct In other words because the state may regulate the legal incidence of the tax in other words Which party is ultimately responsible for paying the tax? Because the state may do that it may regulate the manner the me and means through which that conduct is accomplished Even if it has an incidental Effect on speech about the unlawful conduct, but it would be sort of help Having flashbacks to the previous arguments case What exactly is the unlawful conduct? It is is structuring the transaction so that the tax is a is separate from the cost of the services That's just a way of saying you can't describe your fees in a certain way But it's what we see from Bell South and the district court in this case Both agreed both stated that that the state can regulate the direct passing through of the tax Yeah, you can have a price can I mean subject to other restrictions? You can have a price control, but what you can't do is describe how you're going to implement. You can't write But what I just gen I mean, I mean this is sincerely again I don't understand once you say they can raise their prices once you say they can raise their prices with the express purpose of Recapturing all the extra tax money and they can do that And if they have sophisticated accounting enough, they can do it like sent to the Senate once you say they can do that Then I don't understand that how this statute is doing anything other than just regulating how you describe what you're doing Which is speech I just don't I mean this is as sincerely as I can I don't I literally don't understand what the unlawful conduct is Once you've agreed they can in fact raise their prices because of this tax Right. Well, well one point of agreement that that I have with my friends on the other side Is that that the direct part of it does some work in this case? obviously in conjunction with the fee surcharge and line item in terms of saying that That whatever you do internal facing is not covered by this statute But the direct passing on and there's at least one thing you can do external facing you can raise your prices, right? No one disagrees that under this statute you can in fact raise your prices You can raise your prices and you can you can include an insert that explains why you're raising your prices And it doesn't even have to be a separate insert. It can be on the bill It could be a phone call could be any sort of speech Like at the end it'll say like dear customer You may notice your bill is higher this month The reason is because those people in Annapolis have enacted a tax and now things are more expensive Sorry, they can they can just say that right they can say that as long as they don't structure the transaction so that there's the cost of services and Then the tax being imposed separately from the cost of services and that's what this that's what this law does Can you explain to me what the government's interest is here, right? So just because you're raising it now I get I'm out of order and my question assumes that you have lost Right, but but just bear with me for a minute Like what in the world is Maryland's like legitimate government interest? in saying that you can add the paragraph at the bottom, but you can't have the like little Indication surcharge for digital tax $7 like what is the government's interest here? If I'm doing the First Amendment balancing today, I'm gonna sit down and write it out What do you assert the government's interest to be? in making sure that the company that the taxpayer is being responsible for the tax and And That's gibberish, right because you've just said you just said that you're not doing that That they can absolutely pass a hundred percent on to the customer and they can tell them that that's what they're doing Right. So so you can't say that your interest is To ensure that the taxpayers paying it and not the customer like that that doesn't make any sense But but it requires that the taxpayer do that extra step of adding that tax in and what we what we see in the record It may not be in the briefing in this case It's in the briefing from before when in when the Tax Injunction Act issue was was More at the forefront, but it discussed the economic theory behind regulating the tax incidence Vis-a-vis the taxpayer or the or the customer and it said when you regulate the tax instance and when you make the the taxpayer Be responsible for the tax that yes maybe they will pass it through but oftentimes they won't and it depends on a Complicated as economics is factor of how much the tax since how much the tax is the the flexibility of the price the elasticity of the of the product and all those economic factors so that So that's I take that argument to be that When you prohibit them from being transparent They They they might not do What you don't want them to do is that I mean the idea is like if if they can be transparent about what they're doing they're There they would do it, but if we force them to not like be transparent about what's happening then then they might not want to take the the the hit from raising their They can Absolutely absolutely be transparent about why they're raising prices No, no, they can't put the surcharge on there, right? Like that's what they can't run have the line Like that's what's transparent, right? Like you're like, yeah, if you put this at page seven of the notice, right? That's fine, but they can't like Transparently show it and your your point is so your argument I didn't get that before but your argument really is that the government's interest is in prohibiting Truthful information to be conveyed like that's what you think the government's interest is That's not the government's interest at all The the government has has passed a law that says that the this transaction can't be structured you can't pass on directly pass on this tax through a separate line item fee or surcharge and That that's what Bell South said But you can't pass it on it just can't pass it on in a particular way, right? Because we agree it seems to be agreement. We seem to be the agreement the previous argument It's they can in fact pass on they just can't pass it on in Way one that looks like speech in a way to that looks like speech and in way three that looks like speech but but all along we've we've Conceded that it's speech, but it's speech that that furthers this transaction as we laid out in our brief. There are cases that describe Speech I mean, it's it's it's an exception to the First Amendment Where for example, we have cases about child solicitation Which is a crime and it's a crime that's accomplished through words and through communications And it's the same principle at play here in order to directly pass on the tax. You need to communicate that That's because two people teaming up to kill someone is a crime and the fact that they do it in words doesn't mean it's not A crime to team up to kill someone but it to continue the amount here. It is in fact legal to pass on Like I just don't again. I really I will I will raise it the one last time I just genuinely once you can see they can pass it on I don't understand how this is suppressing a speech about illegal conduct Because because that's internal facing but external facing the the state can regulate the tax Incidents or legal incidents of the tax meaning that they can say that the taxpayer needs to be responsible for this tax I'll point you to they haven't said that I thought you just conceded they haven't said that they haven't said the taxpayer has to be Responsible they've said you can pass it on like you can pass it on You don't have to be responsible You just can't be honest about it like that. Literally. It's like you just can't be honest about it if you're honest about it That's bad If these people had put their costs Regulatory then they put the amount of tax and put an asterisk Below put an explanation. We're being taxed and we're paying it But it's a cost of our doing business. So you got to pay it back to us Well, if the question is would that violate the statute yes Okay Because the state is regulating the legal incidents of the tax that is conduct That's what Bell South says that the Sixth Circuit said in Bell South District Court agreed in this case and that is the the prime the total premise of Bell South. This case is not Bell South Where is the governmental interest in that? That they're honestly showing the tax that they pay but they're going to recoup from their customers What is the government interest? I'm having trouble with that I understand. Thank you for letting me know that but the The interest is in making the taxpayer responsible for the tax The As Bell South said it's just a court said you want to put the word Politically responsible in front of that is that it is what you're saying The government's interest is is that we want to make the taxpayer politically responsible for it Or do you mean like financially responsible financially? It seems like what you're saying is you want to make them politically responsible Like I think what you're really telling us is that Maryland's interest is making them politically responsible Because we know they don't have to be financially responsible But I if you wanted to see an example of what politically responsible or trying to make the the taxpayer politically responsible You'd look at Bell South Bell South is is very relevant to this case. I believe it helps our side more than the other And it does that by because the statute at issue in that case it regulated directly passing on the tax and It prohibited separately stating the tax on the bill couldn't say anything Couldn't say that you love the tax that you hated the tax that you imposed the tax that you Passed on half the tax quarter the tax whatever couldn't say anything We don't have that as the state has conceded as other side is has Conceded you can put on the bill The political responsibility for the tax you can explain that they are putting this tax that they are imposing this tax or the services Responses to say That we can ban their truthful speech Because there's another avenue For them they could speak in a different way Right, so that that doctrine that seems like what the district court some to believe it Can you like point me to where in case law? We've said that you can bar political speech Because there's another avenue of making political speech, and we don't typically do that like we don't say you can't hand out pamphlets Because you can like stand up on a soapbox like that that argument Which I think is the one you're making here is the one the district court except it seems seems unusual to me That's not the argument at the forefront. That's the argument that explains that that explains Or responds to the argument Why are you preventing people from talking about this tax on the bill and the answer is we're not we're only preventing them from doing What's most clear and transparent? We'll let you do it so long as it's not clear and transparent That's the that's the government's interest the the government the government's interest is that there be a separate price for services or a price of services and That that be the the cost that is imposed on the customer and that you can't then have a separate statement that says we're going to charge you a thousand dollars for services and $100 for this tax the the taxpayer under the law the taxpayer is responsible for the tax Politically responsible Actually, I mean actually responsible Financially they have to shell out the money for it And if so, I'm having a difficulty understanding why they actually because but because you agree if they say if that in your example If they say a thousand for services and a hundred dollars for the digital tax Right, you think that is impermissible prohibited by the statute by the statute but if they said $1,100 As The cost and everybody understands that a hundred dollars of that is is for the digital tax and then At the end of the statement they explain You know, there's a hundred your prices are higher, right? We've had to increase prices by 10% because Maryland has imposed this digital tax And so when you look at that number, you should understand it in that light That'd be permissible I Yes, yes, okay And so so just one more time and then I'll I'll let you talk about anything else you want to Um, can you just it's concisely as you can explain to me what? Maryland's interest is in that In Could you explain that and that you can say the one thing judge Richardson just said you said can say but you can't say the thing that he Saying I can do it $1,100 you may note that it's higher. That's okay You can't say $1,000 plus $100 equals $1,100 What is the possible interest in allowing you to say the latter but not allowing you to say the former? Well the interest in the in the in the former which is structuring the tax tip or structuring it So it's $1,000 and $100 the interest in there is prohibiting the tax incidents prohibiting that the taxpayer from passing on that tax directly to the the consumer the the interest in not prohibit in not prohibiting the taxpayers ability to speak about the tax is complying with the First Amendment because unlike in Bell South Bell South We would we would agree as a violation of the First Amendment because by prohibiting separately stating the tax the the Kentucky prohibited any speech about the tax positive negative however, and it went outside of what the what the Sixth Circuit deemed was was Permissible conduct which was regulating the legal incidence of the tax. Do you do you agree? that The Purported government interest that you've provided is the only government interest like there's no reason if that's the interest There's no factual development of that that's required. Is there is there any reason we shouldn't address that government interest here? As being like wholly legitimate or wholly illegitimate Right that that is there any reasons there any I just want to make sure from Maryland's perspective Is there any development of that that's necessary you seem to say it pretty clearly Is there any like factual development that's necessary to understand that interest well my response is I think where you the the territory that you're in is in the strict scrutiny and the intermediate scrutiny space where we do some interest balancing and we look at the the government's interest and say is it good enough is it developed enough and The state position is that we're not we don't go to that territory because this is yeah, I totally understand that but Except for a hypothetical minute that like you lose on that argument and instead We're asking you about the government's interest right at the First Amendment analysis because we think this is a regulation of speech Is there any factual development of the government interest that has not already been done? Is there like a you know, is there a record below that you've got a expert that you want to testify or Is this sort of it's a legal argument. These are legislative facts. I get all that. It's not adjudicative facts Is there anything that we should look at to substantiate that that you haven't provided in the briefs already? I think I would just point to to the extent that it's sort of extra Or outside the record of this appeal that that we're here for today is to look at the record in this case as a whole and You'll see that in particular. Can you can you suggest what I would what I would look at? I understand you talked about the TIA and the language about the sort of the economic piece. I'll look at what is there anything else in? The record specifically that you would want me to look at in evaluating the government's interest here. You know, I can't think of anything I think that I just wanted to give you that opportunity. That's all and I appreciate that Suppose you're right The following is the governmental interest that we are It is Again, it's it's the government is regulating the legal incidence of the tax They believe that the taxpayer should be responsible for paying this tax and that the taxpayer should not be allowed to Pass on this tax directly to to the consumer I would point you to The discussion I just had with judge Rick judge Richardson about the economic theory and putting that in and to give you a concrete example I'll point you to the Nelson v. Apple way case which was out of the Supreme Court of Washington cited in our brief and in that case The press as a practical matter. It was a car dealership they negotiated a price for the car with the customer and then Lo and behold when the customer comes in to pay that that price They have the business and occupations tax that they have now put on top of that and there was a law a Washington law That said that the car dealership could not impose the B&O tax on the customer. And so I was a very concrete example of Where they were regulating the legal incidence of the tax They found that that was improper conduct and that it certainly and and also for whatever it was worth it was not a First Amendment violation to preclude the car dealership from structuring the transaction in that manner and So the extent that this court needs one that would certainly be a constitutional application of this tax where the the parties have negotiated a price for services and then When it's all said and done and it's time to pay up that the customer comes in and now they've been now the taxpayer Imposes that digital ad tax on top of that in contravention of the statute And so if there's no further questions, thank you. Thank you Mr. Keller, we're happy to hear from you Thank You your honor three quick points I'll touch on the merits of the First Amendment the Nelson case that was just discussed and then the facial challenge standard But first of all at this point It's conceded that this law is all about speech. This is not a price control statute. We can pass on the tax And at that point I think it gives up the game and we win under the expression Supreme Court case I mean basically every argument you've heard about trying to structure the transaction this way or that way expression said when you're talking about communications about lawful prices That speech in the First Amendment applies And to turn to Bell South I think Bell South Absolutely Helps us not only did it invalidate the separately stating position But I'd like to quote what the Sixth Circuit said on this issue about switching the legal incidence of the taxes at 542 F 3rd at 503 What the Sixth Circuit says if you're going to try to switch the legal incidence of the tax It'd be one thing if the taxpayer was telling a customer quote. This is your legal responsibility Not ours customer, but that's not at all what's going on. That's not at all what this law regulates here What companies would be saying is here's the final price and here's the amount we're raising the price to recoup this tax That's not switching the legal incidence of the tax That is passing on the tax as the state has conceded We can and this law is not tailored to whatever interest and another is a long colloquy about whatever the interest could be that the government Has this law is not tailored to that? What it does is it restricts speech it bans surcharges and we know from expressions the First Amendment Does not allow that if I can very briefly address the Nelson case from the Washington Supreme Court It's quite distinguishable there To quote the Washington Supreme Court. This is 157 p3 at 851 quote Apple way one of the parties may itemize the tax if it is part of the final purchase price Unquote that's exactly what we have here That's the exact scope of what's going on when there's a surcharge next to a price in that case the Nelson case That was about you go in to buy a used car and you negotiate a price You come to a price say ten thousand dollars for the car and then a couple hours later They come back with all the paperwork and they say here's the sales tax and oh, by the way The check you need to write me is now 11,000. Here's the B&O and it's more that's not at all what we're talking about here this law is regulating the surcharge right next to the final price and The finally on the facial challenge standard just to make sure This Law in this situation is unlike the Moody Supreme Court situation. This law is narrow at this point We're talking about it only applies to the largest digital ad service providers It's talking about surcharges fees and line items on a specific invoice. This is not at all talking about you know, what is the full scope of what a potential digital service like uber or email or anything could look like or billions of posts on social media and This court doesn't need any more facts. The state has never said that it's needed more facts. You just heard from the state It doesn't need more facts and also to the expressions case from the Supreme Court did not need additional facts this law suppose Don't mean to disturb the conversation suppose we severed With the rest of it survive a constitutional challenge I Don't think it would I also don't think that you can Sever it because I think it would contravene the legislature's intent here, you know severance would go to With the legislature have passed a different law without this. I mean here by means of is limiting language Now even if we are judge Floyd in the realm of severing I think you'd first have to say the First Amendment applies. There is a First Amendment violation and therefore we're creating a remedy I also think I'm not sure then what directly pass on the cost of the tax means I mean we could still indirectly pass that cost on And and that's our answer I do think that this violates the First Amendment in multiple ways under expressions under Bell South The government doesn't have a sufficient interest Even if it did this is not properly tailored under either the commercial speech doctrine or the political speech doctrine Thank You honest we'll come down to Greek
judges: Julius N. Richardson, Toby J. Heytens, Henry F. Floyd